FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED ANTHONY WINTERER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | NO: 2:24-CV-00214-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed July 25, 2042, the Court directed Plaintiff Jared Anthony Winterer, a *pro se* prisoner at the Washington Corrections Center in Shelton, Washington, to submit a completed Declaration and Application to Proceed *In Forma Pauperis,* along with a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding June 20, 2024, within thirty days of the date of that Order.  ECF No. 4 at 2.  In the alternative, Plaintiff was advised that he could pay the full $405.00 filing fee.  *Id*.

The Court cautioned Plaintiff that his failure to comply with either option would result in the dismissal of this case.  *Id.*  Plaintiff has neither paid the filing

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

fee nor submitted the documents necessary to proceed *in forma pauperis* by the due date of August 26, 2024.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of *pro se* litigant for failure to pay required filing fees).

Accordingly, **IT IS ORDERED** that this action is **DISMISSED** without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment, forward copies to Plaintiff at the address provided, and **CLOSE** the file. The Court certifies that an appeal of this Order could not be taken in good faith.

**DATED** August 29, 2024.

                                          *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                  Senior United States District Judge